| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Julia Bob, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-12-1647 |
| Harsco Corporation, | § § § | |
| Defendant. | § | |

## Opinion on Reimbursement

1. In November of 2011, Herbert L. Bob died when a gas compressor fell on him. His wife – Julia – and his daughters – Kimberly and Candace – sued Harsco Corporation, the manufacturer of the compressor. The parties settled for $950,000. Julia received one-half; Kimberly and Candace each received one-quarter.

2. Through March 7, 2014, American Zurich Insurance Company has disbursed $98,480.99 of worker's compensation benefits to Julia. She continues to receive weekly payments in the amount of $787.00.

3. Zurich must be reimbursed for the $98,480.99 that it has paid to Julia because she has recovered from a third party.[1] Zurich must subtract two adjustments from its reimbursement: (a) a proportionate share of the cost of the lawsuit; and (b) no more than one-third of $98,480.99 for its share of the attorney's fees.[2]

4. Because Kimberly and Candace were not beneficiaries of Herbert's worker's compensation, Zurich may not be reimbursed from their portion of the settlement.

---

[1] Tex. Labor Code § 417.002.

[2] Tex. Labor Code § 417.003(a).

5. To calculate Zurich's proportionate share of the costs to bring the lawsuit, divide the benefits paid by Julia's recovery.[3]

|  Zurich's Percentage of Julia's Recovery: | |
|---|---|
| Benefits paid by Zurich: | $98,480.90 |
| Divided by Julia's recovery: | $475,000.00 |
| Zurich's proportionate share: | 20.70% |

6. The total cost of this lawsuit was $91,873.64. One-half of that cost – $45,936.82 – is attributable to Julia, with the other one-half attributable to Kimberly and Candace.

|  Zurich's Proportionate Share of Julia's Costs: | |
|---|---|
| Julia's Expenses: | $45,936.82 |
| Multiplied by Zurich's share: | 20.70% |
| Zurich's share of the costs: | $9,508.92 |

7. In Texas, an insurer must pay a reasonable attorney's fee that may not exceed one-third of its gross reimbursement amount.[4] Because Julia's lawyers represented Zurich's interests, it will pay them one-third.

|  Zurich's Attorney's Fees: | |
|---|---|
| Benefits paid by Zurich: | $98,480.99 |
| Divided by one-third: | 3.00 |
| Zurich's share of attorney's fees: | $32,826.99 |

---

[3] Tex. Labor Code § 417.003(a)(2).

[4] Tex. Labor Code § 417.003(a)(1).

8. To calculate Zurich's reimbursement, subtract its share of the attorney's fees and costs from its gross recovery.

Zurich's Lien

| | |
|---|---|
| Benefits paid: | $98,480.99 |
| Less its share of attorney's fees: | $32,826.99 |
| Less its share of the costs: | $9,508.92 |
| Zurich's total reimbursement: | $56,145.08 |

9. Through March 7, 2014, Zurich was owed a reimbursement of $56,145.08.

10. In Texas, a recovery from a third party that exceeds what the carrier has disbursed in worker's compensation benefits is a credit against future benefits.[5] Zurich wants a credit against its weekly payments of $787.00.

Zurich's Credit

| | |
|---|---|
| Julia's net recovery to date: | $475,000.00 |
| Less gross reimbursement to Zurich: | $98,480.99 |
| Less her attorney's fees: | $150,607.60 |
| Less her 79.6% share of expenses: | $36,427.90 |
| Total credit: | $189,483.51 |

11. Through March 7, 2014, Zurich was owed a credit of $189,483.51 against its disbursements under the policy after March 7.

Signed on April 11, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

---

[5] Tex. Labor Code § 417.002(b).